# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> Ronald Balhorn ) | Criminal No. 23-cr-00114-ACR |

## NOTICE OF APPEAL

Name and address of appellant:  Ronald Balhorn
7076 Gilman Street,
Garden City, Michigan 48135

Name and address of appellant's attorney:  Mark Rollins
Rollins and Chan
419 7th Street, NW
Suite 405
Washington, DC 20004

Offense:   Count 4 18 U.S.C. § 1752(a)(1); Count 5 18 U.S.C. § 1752(a)(2) Count 7 40 U.S.C. § 5104(2)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

> Defendant sentenced to a concurrent term of incarceration for One Hundred (100) Days. Defendant also sentenced to a concurrent term of supervised release for Twelve (12) Months on Counts 4, 5 and 7. Special Assessment imposed in the total amount of $70.00. Defendant ordered to pay a fine in the amount of $2,000.00. Defendant approved to voluntarily surrender for service of sentence after 4/30/2024. Bond Status of Defendant: Remains on personal recognizance.

Name and institution where now confined, if not on bail:

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

March 5, 2024

DATE

APPELLANT  *[signature]*

*Mark Rollins*
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE  ☐
PAID USDC FEE  ✔
PAID USCA FEE  ☐

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ☐ | ✔ |
| Has counsel ordered transcripts? | ☐ | ✔ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ☐ | ✔ |