# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Case No. 23-CR-114 (ACR) |
| : | |
| KYLE ALAN MLYNAREK, and   : | |
| RONALD MICHAEL BALHORN,   : | |
| : | |
| Defendants.   : | |

## UNITED STATES' UNOPPOSED MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed motion.

Pursuant to the United States Court of Appeals Order and Mandate entered on February 3, 2025, in case numbers 24-3035 and 24-3040, the government hereby moves to dismiss the case against the defendants with prejudice. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal.

Dated: February 20, 2025

Respectfully submitted,

EDWARD ROBERT MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068